**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AVANT LOCATION TECHNOLOGIES LLC, | § § § | Case No. 2:26-cv- |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| ADT INC. and ADT LLC, | § § § | |
| Defendant. | § § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Avant Location Technologies LLC ("ALT" or "Plaintiff") files this Complaint

against Defendants ADT Inc. and ADT LLC (collectively "ADT" or "Defendant") for patent

infringement under 35 U.S.C. § 271 and alleges as follows:

**THE PARTIES**

1.     Plaintiff ALT is a limited liability company organized and existing under the laws

of the State of Texas, with its principal place of business located at 104 E. Houston Street, Suite

140, Marshall, Texas 75670.

2.     On information and belief, Defendant ADT Inc. is a corporation organized under

the laws of Delaware, USA, with its principal place of business and corporate headquarters at 1501

Yamato Road, Boca Raton, Florida, USA 33431. ADT Inc. may be served with process via its

registered agents, including The Corporation Trust Company, Corporation Trust Center 1209

Orange St, Wilmington, DE, USA 19801. ADT Inc. is a publicly traded company on the New York

Stock Exchange under the symbol "ADT."

3.     On information and belief, Defendant ADT LLC is a company organized under the

laws of Delaware, USA, with its principal place of business located at 1501 Yamato Road, Boca Raton, Florida, USA 33431. ADT LLC may be served with process via its registered agents, including C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX, USA 75201-3136. ADT Inc. and ADT LLC share the same location for their principal places of business. Moreover, ADT LLC is a wholly owned and controlled subsidiary of ADT Inc. ADT LLC is part of a group of companies operating under the name "ADT" of which ADT Inc. is the parent and controlling entity.

4.     "ADT Inc., together with its wholly-owned subsidiaries," referred to collectively as "ADT" in ADT Inc.'s annual financial report for 2021, "is a leading provider of security, interactive, and smart home solutions serving residential, small business, and commercial customers in the United States."  *See* ADT INC., *Form 10-K Annual Financial Report for the Fiscal Year Ended December 31, 2021*, p. 4, available for download at https://investor.adt.com/financials/sec-filings/default.aspx (hereinafter "Annual Financial Report").  In May 2016, ADT Inc. acquired The ADT Security Corporation, which significantly increased ADT's market share in the security systems industry making ADT one of the largest monitored security companies in the U.S. and, at the time, Canada.  *Id.* "[ADT] primarily conducts business under the ADT brand name."  *Id.* at F-10, p. 89. ADT Inc. states that "substantially all of the Company's assets are located in the U.S. as of December 31, 2021, and 2020."  *Id.* at F-21, p. 100.

5.     ADT's "mission is to empower customers to protect and connect to what matters most - their families, homes, and businesses - by delivering safe, smart, and sustainable lifestyle-driven solutions through professionally installed, do-it-yourself ("DIY"), and mobile or other digital-based offerings supported by our 24/7 professional monitoring services," and "[t]he ADT

brand is one of the most recognized and trusted brands in the security industry, which [ADT] believe[s] is a key competitive advantage and contributor to [ADT's] success due to the importance customers place on reputation and trust when purchasing [ADT's] products and services." *Id*. ADT Inc. additionally states that "[t]he strength of [ADT's] brand is based upon a long-standing record of delivering high-quality, reliable products and services; expertise in system sales, installation, and monitoring; and superior customer care, all driven by [ADT's] industry-leading experience and knowledge." *Id.* ADT "serve[s] [its] customers through [its] nationwide sales and service offices; monitoring and support centers; and a large network of security, home-automation, and solar-installation professionals in the U.S." and "[a]s of December 31, 2021, [ADT] had approximately 6.6 million recurring revenue customers." *Id.*

6.     "[ADT] ha[s] a network of over 250 sales and service offices and three regional distribution centers, which are supported by 17 multiuse sales, customer, and field support locations housing our nine UL-listed monitoring centers and four national sales centers." *Id.* ADT Inc., further states that, "[w]hile select locations may primarily support one segment or market, such as our NAOC which supports our Commercial business, these multi-use locations primarily support our business as a whole." *Id.*

7.     ADT Inc. states that "[ADT] evaluate[s] and report[s] [ADT's] segment information based on the manner in which [ADT's] Chief Executive Officer, who is the chief operating decision maker (the "CODM"), evaluates performance and allocates resources." *Id.* at p. 6. "Prior to 2021, [ADT] had a single operating and reportable segment," but "beginning in the first quarter of 2021, [ADT] reported results in two operating and reportable segments, Consumer and Small Business ("CSB") and Commercial." *Id.* "Upon consummation of the Sunpro Solar Acquisition in the fourth quarter of 2021, [ADT] began reporting results for a third operating and

reportable segment related to the ADT Solar business ('Solar')." *Id.*

8.     On information and belief, ADT, including parent ADT Inc. along with its subsidiaries, are engaged in research and development (including, for example, "ongoing technological innovations"), manufacturing, importation, distribution, sales, installation, servicing, monitoring and related technical services for: (i) "integrated security, interactive, and automation systems, and other related offerings," with each activity being conducted "for residential homeowners, small business operators, and other individual consumers of security and automation systems" in the United States and (ii) "integrated security, interactive, and automation systems, fire detection and suppression systems, and other related offerings" for "larger businesses with more expansive facilities (typically larger than 10,000 square feet) and multi-site operations, which often require more sophisticated integrated solutions" in the United States. *See id.* at pp. 6-11. ADT's products are (i) manufactured outside the U.S. and then imported into the United States or (ii) manufactured inside the U.S., and distributed, and sold to end-users via the internet, brick-and-mortar stores and/or via dealers in the U.S., in Texas and the Eastern District of Texas.

9.     On information and belief, ADT maintains a corporate presence in the United States, including in Texas and in this District, via at least its wholly owned and controlled U.S.-based subsidiaries, including, for example, ADT LLC dba ADT Security Services, which is a Delaware company having multiple offices in this District, including at least two offices in Tyler, Texas located at 470 DC Dr, Tyler, TX 75701 and 215 Winchester Drive, Suite 105, Tyler, TX 75701, and a Beaumont Office located at 7415 Eastex Plaza Drive, Suite 8, Beaumont, TX 77708. *See Annual Financial Report*, Ex. 21.1 at p. 652; *Home Security Tyler*, ADT.COM, https://www.adt.com/local/tx/tyler?;     Home     Security     Beaumont,     ADT.COM, https://www.adt.com/local/tx/beaumont?. On behalf and for the benefit of Defendants, ADT

coordinates the importation, distribution, marketing, offers for sale, sale, and use of the ADT's products in the U.S.  For example, ADT maintains distribution channels in the U.S. for ADT's products via online stores, distribution partners, retailers, reseller partners, dealers, and other related service providers.  *Local Home Security Monitoring in Texas*, ADT.COM, https://www.adt.com/local/tx; *blue by ADT*, https://www.adt.com/bluebyadt (offering security products, for example, smart home hub, Blue by ADT app, door/window sensors, motion sensors, mobile app, keypad, cameras, smoke detector, flood and temperature sensors, Wi-Fi range extenders, and keychain remote).

10.    As a result, via at least ADT's established distribution channels operated and maintained by at least Defendant ADT Inc. and ADT's U.S.-based subsidiaries, including wholly owned and controlled Defendant ADT LLC, ADT products are distributed, sold, advertised, and used nationwide, including being sold to consumers via ADT dealers operating in Texas and this District. Thus, Defendants do business in the U.S., the state of Texas, and in this District.

11.    Defendants have authorized sellers and sales representatives that offer and sell products pertinent to this Complaint through the State of Texas, including in this Judicial District, and to consumers throughout this Judicial District, as indicated in the figure below.

# Texas

Search: [        ] [Search]

| Dealer Name ▲ | State License | 2nd State License | 3rd State License |
|---|---|---|---|
| 4TIFY HOME SECURITY LLC | B29782001 | | |
| ADMIRAL SMART HOME LLC | B28604501 | | |
| ADVANCED HOME SECURITY LLC | B28468301 | | |
| ALL-SAFE PROTECTION SERVICES | B04195601 | | |
| ALPHA TECH SOLUTIONS LLC | B28574201 | | |
| BFD CAROLINA LLC | B30908201 | | |
| BRANDON NICHOLS | B28567101 | | |
| BULLDOG SECURITY SERVICES LLC | B15560 | | |
| BULLDOG SECURITY-UNITED | B15560 | | |
| COMMUNITAS SECURITY LLC | B30822301 | | |
| CONNECTED HOME SOLUTIONS LLC | B07355101 | | |
| DIRECT PROTECTION SECURITY INC | B26279001 | | |
| DT SECURITY LLC | B19054 | | |
| DT SECURITY LLC-SBP | B19054 | | |
| HM SECURITY INC | B30885501 | | |
| HOME ALARM LLC | B03047501 | | |
| HOME SHIELD PROTECTION LLC | B28629001 | | |
| HOME STAR SECURITY | B16459 | | |

| Dealer Name ▲ | State License | 2nd State License | 3rd State License |
|---|---|---|---|
| K & G SECURELINK GROUP INC | B19143 | | |
| LVD CONCEPTS INC | B18182 | | |
| MILLENNIUM ALARM SYSTEMS INC | B16995 | | |
| MONSON ENTERPRISES INC | B20054 | | |
| PRECISION PROTECTION LLC | B29721601 | | |
| PREFERRED HOMES TECHNOLOGIES INC | B13623 | | |
| PREMIER SURVEILLANCE LLC | B07306201 | | |
| PREMIER SURVEILLANCE LLC-SBP | BO7306201 | | |
| REAL HOME SECURITY LLC | B29712201 | | |
| REVAMPED SECURITY SOLUTIONS LLC | B19623 | B19623 | |
| REVAMPED SECURITY SOLUTIONS LLC-NPP | B19623 | | |
| REVAMPED SECURITY SOLUTIONS LLC-SBP | B19623 | | |
| REVAMPED SECURITY-UNITED | B19623 | | |
| SAFE HAVEN SECURITY SERVICES LLC | B14839 | | |
| SAFE STREETS USA LLC | B06239001 | | |
| SAFEHOUSE PROTECTION | B14861 | | |
| SAN ANTONIO ALARM COMPANY INC. | B04128301 | | |
| SECURITY PRO LLC | B30866901 | | |
| SIGNATURE SECURITY SOLUTIONS LLC | B18920901 | | |
| SPARTAN HOME SECURITY LLC | B24098501 | | |
| SPARTAN SMART SECURITY, LLC | B04167901 | | |
| SWIFTLINK LLC | B309920801 | | |
| TEJAS PROTECTION SERVICES LLC | B28482901 | | |
| TENA LIMITED LIABILITY COMPANY | B28596101 | | |
| UNIVERSAL DYNAMICS GROUP LLC | B04189501 | | |
| UNIVERSE SECURITY & SOLUTIONS LLC | B26297101 | | |
| VIGILARE GROUP LLC | B30893201 | | |
| WIRELESS 4 G SOLUTIONS ALARM AGENCY LLC | B30866401 | | |
| WITNESS SECURITY AND SURVEILLANCE LLC | B30866301 | | |
| YOUR HOME SAFETY LLC | B28691501 | | |

https://www.adt.com/about-adt/legal/licenses/dealer-licenses

## JURISDICTION

12.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

### A.    Defendant ADT Inc.

13.    On information and belief, ADT Inc. is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and District, including: (A) at least part of its infringing activities alleged herein which purposefully avail the Defendant of the privilege of conducting those activities in this state and this District and, thus, submits itself to the jurisdiction of this court; and (B) regularly doing or soliciting business, engaging in other persistent conduct targeting residents of Texas and this District, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported and services provided to and targeting Texas residents and residents of this District vicariously through and/or in concert with its alter egos, agents, intermediaries, related entities, distributors, dealers, importers, customers, subsidiaries, members, segments, companies, brands, and/or consumers. For example, ADT Inc. is related to, owns, and/or controls subsidiaries (for example, ADT LLC and The ADT Security Corporation), business segments (for example, its Consumer and Small Business ("CSB") segment and Commercial segment) and additional business and/or brands (for example, ADT, Blue by ADT, Pulse, ADT Security Services, CAM CONNECTIONS, PROTECTION ONE, Protect Your Home, brands including "ADT," and brands and registered and applied-for marks listed by the United States Patent and Trademark Office's Trademark Electronic Search System as owned by The ADT Security Corporation or ADT Holdings, Inc.) that have a significant business presence in the U.S.

and in Texas. Such a presence furthers the development, design, manufacture, importation, distribution, sale, and use (including by inducement) of infringing ADT products in Texas, including in this District.

14.    This Court has personal jurisdiction over Defendant ADT Inc., directly and/or through the activities of ADT Inc.'s intermediaries, agents, related entities, distributors, importers, customers, subsidiaries, and/or consumers, including through the activities of Defendant ADT LLC, other members, segments, companies and/or brands of ADT (e.g., ADT LLC, The ADT Security Corporation, ADT Holdings, Inc., ADT, Blue by ADT, Pulse, ADT Security Services, CAM CONNECTIONS, PROTECTION ONE, Protect Your Home, brands including "ADT," and brands and registered and applied-for marks listed by the United States Patent and Trademark Office's Trademark Electronic Search System as owned by The ADT Security Corporation or ADT Holdings, Inc.), and U.S.-based subsidiaries. Through direction and control of these entities, ADT Inc. has committed acts of direct and/or indirect patent infringement within Texas, and elsewhere within the United States, giving rise to this action and/or has established minimum contacts with Texas such that personal jurisdiction over ADT Inc. would not offend traditional notions of fair play and substantial justice.

15.    On information and belief, ADT Inc. controls or otherwise directs and authorizes all activities of its subsidiaries and related entities, including, but not limited to Defendant ADT LLC and The ADT Security Corporation, and other members, segments, companies and/or brands of ADT. *See, e.g., Home Security Tyler*, ADT.COM, https://www.adt.com/local/tx/tyler; https://www.adt.com/about-adt/legal/terms-of-use (Terms of Use stating, "These ADT Website Terms and Conditions of Use (the 'Terms') govern your use [sic] any websites that are owned or operated by ADT LLC, d/b/a ADT Security Services ('ADT,' 'we,' 'us' or 'our'), and which

contain a link to the Terms (collectively, and together with all services available through such websites, the 'Site')"); *Certification of Chief Executive Officer, Annual Financial Report*, Ex. 32.1 at p. 656; *Certification of Chief Financial Officer, Annual Financial Report*, Ex. 32.2 at p. 657; *Annual Financial Report*, F-10 at p. 89 ("[ADT] primarily conducts business under the ADT brand name.").  For example, the President and Chief Executive Officer is the same for both ADT LLC and ADT Inc. *See, e.g., Certification of Chief Executive Officer, Annual Financial Report*, Ex. 32.1 at p. 656 (listing "James D. DeVries" as "President and Chief Executive Officer of ADT Inc."); *Management, Business Organizations Inquiry – View Entity,* DIRECT.SOS.STATE.TX.US, https://direct.sos.state.tx.us/acct/acct-login.asp (via login to Texas SOSDirect, selecting menu item labeled "Business Organizations," following link entitled "Find – Entity," searching for "ADT LLC", selecting the search result for "ADT LLC" and the tab labeled "MANAGEMENT") (listing "DeVries James D" as "President and Chief Executive Of[ficer]"of ADT LLC).  Directly via its agents in the U.S. and via at least distribution partners, retailers, reseller partners, dealers, professional installers, and other service providers, ADT Inc. has placed and continues to place infringing ADT products into the U.S. stream of commerce. Examples include the manufacture and/or importation of ADT products into the United States. *See, e.g., Annual Financial Report*, pp. 6-11. ADT Inc. has placed such products into the stream of commerce with the knowledge and understanding that such products are, will be, and continue to be sold, offered for sale, and/or imported into this District and the State of Texas.  *See Litecubes, LLC v. N. Light Prods., Inc.*, 523 F.3d 1353, 1369-70 (Fed. Cir. 2008) ("[T]he sale [for purposes of § 271] occurred at the location of the buyer."); *see also Semcon IP Inc. v. Kyocera Corp.*, No. 2:18-cv-00197-JRG, 2019 WL 1979930, at *3 (E.D. Tex. May 3, 2019) (denying accused infringer's motion to dismiss because plaintiff sufficiently plead that purchases of infringing

products outside of the United States for importation into and sales to end users in the U.S. may constitute an offer to sell under § 271(a)).

16.    On information and belief, ADT utilizes established distribution channels to distribute, market, offer for sale, sell, service, and/or warrant infringing products directly to consumers and other users, including providing links via its own website to online stores, retailers, detailers, resellers, distributors, and dealers offering such products and related services for sale. *See ADT Security Local Service Areas*, ADT.COM, https://www.adt.com/local; *blue by ADT*, ADT.COM, https://www.adt.com/bluebyadt; *ADT OUTDOOR CAMERA PRO 1080P*, ZIONSSECURITY.COM,    https://zionssecurity.com/product/adt-outdoor-camera-pro-1080p/ ("The ADT Outdoor Camera Pro 1080P is perfect if you want to see your driveway or backyard from your ADT app. It works with both the Pulse and Control app. It is a weatherproof, infrared, WiFi camera with 1080P HD Quality Video!"). Such ADT products and/or services have been sold from and/or in both brick-and-mortar and/or online retail stores within this District and in Texas, with examples being ADT Security Services offices located in Tyler, Texas, an ADT Security Services Office located in Beaumont, Texas, locations listed on the ADT website, nationwide dealers or distributors, and at least one nationwide online retailer or online retail store. *See, e.g., Home Security Tyler*, ADT.COM, https://www.adt.com/local/tx/tyler?; *Home Security Beaumont*, ADT.COM, https://www.adt.com/local/tx/beaumont?; *blue by ADT*, ADT.COM, https://www.adt.com/bluebyadt; *ADT OUTDOOR CAMERA PRO 1080P*, ZIONSSECURITY.COM,    https://zionssecurity.com/product/adt-outdoor-camera-pro-1080p/. Additionally, ADT products, including infringing products and/or services, are and have been sold nationwide, in Texas and this District via, for example, direct sales, at least one online retail store, and dealers. *See, e.g., ADT Doorbell Camera*, ADT.COM, https://www.adt.com/doorbell-camera;

*Outdoor Security Cameras*, ADT.COM, https://www.adt.com/outdoor-security-camera ("Only requires a power source and Wi-Fi connection."); *Indoor Security Cameras*, ADT.COM, https://www.adt.com/indoor-security-camera ("Place indoor cameras anywhere in your home within Wi-Fi signal range of the control panel."); *ADT Command*, ADT.COM, https://www.adt.com/command; *How to configure Wi-Fi on your ADT Command panel*, YOUTUBE.COM, https://www.youtube.com/watch?v=ZjNP95AeMZ4; *What Are Wireless Security Cameras, and Do I Need One?*, ADT.COM, https://www.adt.com/resources/what-are-wireless-security-cameras ("ADT cameras use an encrypted wireless protocol known as WPA2, an industry-recognized method to limit wireless network access."); *Blue by ADT Doorbell Camera*, HELP.ADT.COM, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras. ADT wireless security cameras are offered for sale in this District at least via ADT Security Services Offices at 4706 DC Dr, Tyler, TX 75701, at 215 Winchester Drive, Suite 105, Tyler, TX 75701, and at 7415 Eastex Plaza Drive, Suite 8, Beaumont, TX 77708, and online at least by adt.com. *See, e.g., Home Security Tyler*, ADT.COM, https://www.adt.com/local/tx/tyler?; *Home Security Beaumont*, ADT.COM, https://www.adt.com/local/tx/beaumont?; *blue by ADT*, ADT.COM, https://www.adt.com/bluebyadt; *What Are Wireless Security Cameras, and Do I Need One*?, ADT.COM, https://www.adt.com/resources/what-are-wireless-security-cameras ("ADT cameras use an encrypted wireless protocol known as WPA2, an industry-recognized method to limit wireless network access."). ADT Inc., via its wholly owned and controlled subsidiaries, also provides application software ("apps") for download and use in conjunction with and as a part of the wireless communication network that connects ADT products and other network devices. *See, e.g., Take ADT with you when you're on the go*, ADT.COM, https://www.adt.com/apps (showing ADT+ app, SoSecure app, ADT Control app, MyADT app); ADT PULSE APP, ADT.COM,

https://www.adt.com/pulse. These apps are available via digital distribution platforms operated for download by users and execution on smartphone devices. *See, e.g., Take ADT with you when you're on the go*, ADT.COM, https://www.adt.com/apps ("Download the free app from the Apple or Google Play Store.").

17.     Based on ADT Inc.'s connections and relationship with manufacturers, dealers, retailers, and digital distribution platforms, ADT Inc. knows that Texas is a termination point of the established distribution channel, namely online and brick-and-mortar stores offering ADT products and related services and software to third-party manufacturers, distribution partners, retailers (including national retailers), reseller partners, dealers, service providers, consumers, and other users in Texas. ADT Inc., therefore, has purposefully directed its activities at Texas, and should reasonably anticipate being brought into this Court, at least on this basis. *See Icon Health & Fitness, Inc. v. Horizon Fitness, Inc.*, No. 5:08CV26, 2009 WL 1025467, at *13 (E.D. Tex. Mar. 26, 2009) (finding that "[a]s a result of contracting to manufacture products for sale in" national retailers' stores, the defendant "could have expected that it could be brought into court in the states where [the national retailers] are located").

18.     On information and belief, ADT Inc. alone and in concert with other related entities such as Defendant ADT LLC, and subsidiaries, and members, segments, companies and/or brands of ADT, manufactures and purposefully places infringing ADT products in established distribution channels in the stream of commerce, including in Texas, via third-party manufacturers, distributors, dealers, and reseller partners, such as at least those operating online and/or those listed on ADT's website.  As an example, ADT Inc. manufactures ADT products in Texas and/or imports ADT products to Texas directly and/or through a related entity or subsidiary and directly sells and offers for sale infringing ADT products in Texas to resellers or dealers. For example, ADT

products including at least smart home and video packages are offered for sale at ADT Security

Services offices and/or authorized providers located in this District in Marshall, TX. *See, e.g.,*

*SafeStreets*,  HOMESCURITYSMITH.COM,  https://homesecuritysmith.com/service-area/adt-

home-security-in-marshall-tx-75670/ (offering individually customized & installed packages via

ADT Authorized Provider Safe Streets USA); *What Are Wireless Security Cameras, and Do I*

*Need One?*,  ADT.COM,  https://www.adt.com/resources/what-are-wireless-security-cameras

("ADT cameras use an encrypted wireless protocol known as WPA2, an industry-recognized

method to limit wireless network access."). These suppliers, distributors, dealers, and/or resellers

import, advertise, offer for sale and/or sell ADT products and/or related services, such as

consultation and installation, via their own websites to U.S. consumers, including to consumers in

Texas and this District. Based on ADT Inc.'s connections and relationship, including supply

contracts and other agreements with the U.S.- and Texas-based suppliers, distributors, dealers,

and/or resellers, such as at least Safe Streets USA, ADT Inc. knows and has known that Texas is

a termination point of the established distribution channels for ADT products. ADT Inc., alone and

in concert with subsidiaries Defendant ADT LLC, and U.S.-based Members, segments, companies

and/or brands of ADT has purposefully directed its activities at Texas, and should reasonably

anticipate being brought in this Court, at least on this additional basis. *See Ultravision Techs., LLC*

*v. Holophane Europe Ltd.*, No. 2:19-cv-00291-JRG-RSP, 2020 WL 3493626, at *5 (E.D. Tex.

Apr. 23, 2020) (finding sufficient to make a prima facie showing of personal jurisdiction

allegations that "Defendants either import the products to Texas themselves or through a related

entity"); *see also Bench Walk Lighting LLC v. LG Innotek Co.*, No. 20-51-RGA, 2021 WL 65071,

at *7-*8 (D. Del., Jan. 7, 2021) (denying motion to dismiss for lack of personal jurisdiction based

on the foreign defendant entering into supply contract with U.S. distributor and the distributor sold

and shipped defendant's products from the U.S. to the a customer in the forum state).

19.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). As alleged herein, Defendant ADT Inc. has committed acts of infringement in this District. As further alleged herein, Defendant ADT Inc., via its own operations and/or employees, has a regular and established place of business in this District, for example, in Smith County, at 4706 DC Dr, Tyler, TX 75701, at 215 Winchester Drive, Suite 105, Tyler, TX 75701, and in Jefferson County, at 7415 Eastex Plaza Drive, Suite 8, Beaumont, TX 77708, among other ADT locations owned, leased and/or operated in this District. Accordingly, ADT Inc. may be sued in this district under 28 U.S.C. § 1400(b).

### B.    Defendant ADT LLC

20.    On information and belief, Defendant ADT LLC is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and this District, including: (A) at least part of its infringing activities alleged herein which purposefully avail the Defendant of the privilege of conducting those activities in this state and this District and, thus, submits itself to the jurisdiction of this court; and (B) regularly doing or soliciting business, engaging in other persistent conduct targeting residents of Texas and this District, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported and services provided to and targeting Texas residents and residents of this District vicariously through and/or in concert with its partners, alter egos, intermediaries, agents, distributors, importers, customers, subsidiaries, and/or consumers. For example, ADT LLC and parent Defendant ADT Inc. and ADT Inc.'s U.S.-based subsidiaries, and members, segments, companies and/or brands of ADT manufacture, import, distribute, offer for

sale, sell, and induce infringing use of ADT products to distribution partners, retailers (including national retailers), resellers, dealers, service providers, consumers, and other users.

21.    On information and belief, this Court has personal jurisdiction over ADT LLC, directly and/or indirectly via the activities of ADT LLC's intermediaries, agents, related entities, distributors, importers, customers, subsidiaries, and/or consumers, including parent Defendant ADT Inc. and U.S.-based subsidiaries, and members, segments, companies and/or brands of ADT.

22.    On information and belief, ADT LLC utilizes established distribution channels to distribute, market, offer for sale, sell, service, and/or warrant infringing products directly to consumers and other users, including offering such products and/or related services for sale. ADT products and services have been sold from and/or in both brick-and-mortar stores and online retail stores by entities within this District and in Texas. Alone and in concert with or via direction and control of or by at least these entities, ADT LLC has committed acts of direct and/or indirect patent infringement within Texas, and elsewhere within the United States, giving rise to this action and/or has established minimum contacts with Texas. For example, ADT LLC operates within a global network of manufacturing, sales and distribution of ADT products that includes subsidiaries of ADT Inc., retail stores, showrooms, dealers, resellers, professional installers, and/or distributors operating in Texas, including this District.

23.    As another example, on information and belief, ADT LLC maintains an office in this District through at least brick-and-mortar locations at 4706 DC Dr, Tyler, TX 75701, at 215 Winchester Drive, Suite 105, Tyler, TX 75701, and at 7415 Eastex Plaza Drive, Suite 8, Beaumont, TX    77708.    *See.,    e.g.,    See,    e.g.,    Home    Security    Tyler*,    ADT.COM, https://www.adt.com/local/tx/tyler?;    *Home    Security    Beaumont*,    ADT.COM, https://www.adt.com/local/tx/beaumont?.

24.     On information and belief, as a part of ADT's global manufacturing and distribution network, ADT LLC also purposefully places infringing ADT products in established distribution channels in the stream of commerce, including in Texas, via distribution partners, retailers (including national retailers), resellers, dealers, brand ambassadors, service providers, consumers, and other users. *See, e.g., Home Security Tyler*, ADT.COM, https://www.adt.com/local/tx/tyler?; *Home Security Beaumont*, ADT.COM, https://www.adt.com/local/tx/beaumont?; *blue by ADT*, ADT.COM, https://www.adt.com/bluebyadt; *ADT OUTDOOR CAMERA PRO 1080P*, ZIONSSECURITY.COM, https://zionssecurity.com/product/adt-outdoor-camera-pro-1080p/ ("The ADT Outdoor Camera Pro 1080P is perfect if you want to see your driveway or backyard from your ADT app. It works with both the Pulse and Control app. It is a weatherproof, infrared, WiFi camera with 1080P HD Quality Video!"); *SafeStreets*, HOMESCURITYSMITH.COM, https://homesecuritysmith.com/service-area/adt-home-security-in-marshall-tx-75670/   (offering individually customized & installed packages); *What Are Wireless Security Cameras, and Do I Need One?*, ADT.COM, https://www.adt.com/resources/what-are-wireless-security-cameras ("ADT cameras use an encrypted wireless protocol known as WPA2, an industry-recognized method to limit wireless network access."). For example, ADT LLC provides infringing ADT products under the ADT brand and blue by ADT brand. Furthermore, ADT wireless doorbell cameras, outdoor security cameras, indoor security cameras, ADT command panels, and touchscreens are offered for sale in this District by at least ADT's local offices and/or nationwide online retail stores, for example, at adt.com. *See, e.g., ADT Doorbell Camera*, ADT.COM, https://www.adt.com/doorbell-camera; *Outdoor Security Cameras*, ADT.COM, https://www.adt.com/outdoor-security-camera ("Only requires a power source and Wi-Fi connection."); *Indoor Security Cameras*, ADT.COM, https://www.adt.com/indoor-security-

camera ("Place indoor cameras anywhere in your home within Wi-Fi signal range of the control panel."); *ADT Command*, ADT.COM, https://www.adt.com/command; *How to configure Wi-Fi on your ADT Command panel*, YOUTUBE.COM, https://www.youtube.com/watch?v=ZjNP95AeMZ4; *What Are Wireless Security Cameras, and Do I Need One?*, ADT.COM, https://www.adt.com/resources/what-are-wireless-security-cameras ("ADT cameras use an encrypted wireless protocol known as WPA2, an industry-recognized method to limit wireless network access."); *Wireless Outdoor Camera*, ADT.COM, https://www.bluebyadt.com/shop/blue-outdoor-camera.html; *Blue by ADT Doorbell Camera*, HELP.ADT.COM, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras. Additionally, ADT LLC owns and operates websites for ADT that offer products and services to consumers in the United States, in Texas, and in this District. *See, e.g., Home Security Tyler*, ADT.COM,  https://www.adt.com/local/tx/tyler;  https://www.adt.com/about-adt/legal/terms-of-use (Terms of Use stating, "These ADT Website Terms and Conditions of Use (the 'Terms') govern your use [sic] any websites that are owned or operated by ADT LLC, d/b/a ADT Security Services ('ADT,' 'we,' 'us' or 'our'), and which contain a link to the Terms (collectively, and together with all services available through such websites, the 'Site')"). Therefore, ADT LLC, alone and in concert with other members, segments, companies and/or brands of ADT, its parent entity Defendant ADT Inc. and its U.S.-based ADT subsidiaries has purposefully directed its activities at Texas, and should reasonably anticipate being brought into this Court, at least on this basis. Through its own conduct and through direction and control of its subsidiaries or control by other Defendant ADT Inc., ADT LLC has committed acts of direct and/or indirect patent infringement within Texas, and elsewhere within the United States, giving rise to this action and/or

has established minimum contacts with Texas such that personal jurisdiction over ADT LLC would not offend traditional notions of fair play and substantial justice.

25.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). As alleged herein, Defendant ADT LLC has committed acts of infringement in this District. As further alleged herein, Defendant ADT LLC, via its own operations and/or employees, has a regular and established place of business in this District, for example, in Smith County, at 4706 DC Dr, Tyler, TX 75701, at 215 Winchester Drive, Suite 105, Tyler, TX 75701, and in Jefferson County, at 7415 Eastex Plaza Drive, Suite 8, Beaumont, TX 77708, among other ADT locations owned, leased and/or operated in this District. Accordingly, ADT LLC may be sued in this district under 28 U.S.C. § 1400(b).

26.    On information and belief, Defendants ADT Inc. and ADT LLC each have significant ties to, and presence in, the State of Texas and this District, making venue in this District both proper and convenient for this action

## PATENTS-IN-SUIT

27.    On May 27, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,738,040 (the "'040 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '040 Patent is attached as Exhibit 1.

28.    On June 26, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,009,720 (the "'720 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '720 Patent is attached as Exhibit 2.

29.    On August 25, 2015, the United States Patent and Trademark Office duly and

19

legally issued U.S. Patent No. 9,119,030 (the "'030 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '030 Patent is attached as Exhibit 3.

30.    On November 1, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,485,621 (the "'621 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '621 Patent is attached as Exhibit 4.

31.    On April 11, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,622,032 (the "'032 Patent") entitled "Method and System for Monitoring a Mobile Station Presence in a Special Area." A true and correct copy of the '032 Patent is attached as Exhibit 5.

32.    The Asserted Patents are directed to patent-eligible systems and methods for monitoring a mobile station presence in a special area, and providing the flexibility to the mobile telephone network to associate new special areas for this mobile station in a secure way without modifying any radio transmitting device. *See* Ex. 1, '040 Patent, 1:15-18; 2:7-12. For example, the '040 Patent highlights the deficiencies in the prior art, including lacking the flexibility to allow the mobile network to add one or more special areas and monitoring the mobile station requires modification of one or more guide units. *Id.* at 1:65-2:3. Further, the '040 Patent discloses the technological innovation of providing "flexibility needed to activate a special way of operating a mobile station in a special area by transmitting a checking data that will be stored in a mobile station database without having to modify, by way of introducing any new data." *Id.* at 2:44-49.

33.    As a further example, the Asserted Patents claim patent-eligible systems and methods related to, among other things, monitoring whether a device is present in a special

geographic area, and providing or adjusting certain presence-related services when the device is in the special area. In exemplary embodiments, "checking data" of a device, including a device identifier such as IC1 or IC2, "is stored into an internal mobile station database... being associated to this special area." Ex. 4, '621 Patent, 6:56-61. A mobile device "may consequently process the base station identification codes to determine, together with the checking data, whether or not it is receiving any distinctive base station identification code signal." *Id.* at 10:49-53. The Asserted Patents further provide detailed algorithms to process checking data in order to, among other things, identify a "mobile station" (e.g., a device) within the special area. *See, e.g., id.* at FIGS. 4-5. Moreover, the Asserted Patents disclose exemplary operational and switch parameters for "checking data" based on which the presence of a mobile station in a given special area may be determined. *See, e.g., id.* at FIGS. 6-7.

34.    The claims and specifications of the Asserted Patents also disclose several inventive concepts because the claims of the Asserted Patents are not merely directed to providing services based on an individual's or a device's location. For example, as noted above, the Asserted Patents disclose the shortcomings in the prior art, including the inability for the addition for a mobile station of one or more special areas wherein the presence of a mobile station is monitored without having to at least modify units broadcasting in such areas. Ex. 1, 1:65-2:3. However, the Asserted Patents overcome these challenges by, for example, disclosing a method by which the presence of a mobile station is monitored in at least one special area, and the method provides the flexibility to the mobile telephone network of associating new special areas for this mobile station in a secure way without modifying any radio transmitting device. *Id.* at 2:7-12; Ex. 4, 2:15-20. Further, "the invention brings the flexibility needed to activate a special way of operating a mobile station in a special area by transmitting a checking data that will be stored in a mobile station database without

21

having to modify, by way of introducing new data." Ex. 1, 2:44-49.

35.     ALT is the sole and exclusive owner of all right, title, and interest to and in the

'040, '720, '030, '621, and '032 Patents (collectively, the "Patents-in-Suit"), and holds the

exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including

the filing of this patent infringement lawsuit. ALT also has the right to recover all damages for

past infringement of the Patents-in-Suit as appropriate under the law.

36.     ALT has at all times complied with the marking provisions of 35 U.S.C. § 287 with

respect to the Patents-in-Suit.

## FACTUAL ALLEGATIONS

37.     The Patents-in-Suit generally cover systems and methods of providing flexibility

to mobile telephone networks by associating these networks with new special areas securely and

without the need to modify any radio transmitting device.

38.     The '040 Patent generally relates to a method for monitoring a mobile station

presence in a special area, and to a mobile system, a server, a radio transmitting device, and a

mobile station suitable for carrying out such a method. The inventions described in the '040 Patent

were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

39.     The '720 Patent generally relates to a method for monitoring a mobile station

presence in a special area, and to a mobile system, a server, a radio transmitting device, and a

mobile station suitable for carrying out such a method. The inventions described in the '720 Patent

were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

40.     The '030 Patent generally relates to a method for monitoring a mobile station

presence in a special area, and to a mobile system, a server, a radio transmitting device, and a

mobile station suitable for carrying out such a method. The inventions described in the '030 Patent

were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

41.    The '621 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the '621 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

42.    The '032 Patent generally relates to a method for monitoring a mobile station presence in a special area, and to a mobile system, a server, a radio transmitting device, and a mobile station suitable for carrying out such a method. The inventions described in the '032 Patent were developed by Carlos A. Perez LaFuente of Afirma Consulting & Technologies, S.L.

43.    Defendant has infringed and continue to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import products, including thermostats, cameras, sensors that implement the technology claimed by the Patents-in-Suit. For example, the Accused Products include, but are not limited to, ADT's app, including ADT+ app, SoSecure app, ADT Control app, MyADT app, and Pulse app, and ADT's Smart Home and Video and Smart Home security systems, including ADT Command Touch Screens, ADT Door/Window Sensors, ADT Key Fob, ADT Smart Lock, ADT Motion Sensors, security cameras, smart thermostats, ADM Smart Lights, and voice control systems, in isolation or when interoperated, including for personal, small-business, and commercial use.

44.    Defendant has had actual notice of the Asserted Patents, at least as of the filing date of this Complaint.

45.    ALT has, at all times, complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents.

## COUNT I
### (Infringement of the '040 Patent)

46.    Paragraphs 1 through 45 are incorporated by reference as if fully set forth herein.

47.    ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '040 Patent.

48.    Defendant has and continues to directly infringe the claims of the '040 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '040 Patent, and by performing each and every limitation of one or more method claims of the '040 Patent.

49.    The Accused Products practice the method of at least claim 1 of the '040 Patent: A method for monitoring the presence of a mobile station in one or more special areas associated with the mobile station, the method comprising: (a) repeatedly transmitting from at least one radio communication defining device a radio distinctive defining signal in at least one channel that at least partially defines one of the special areas by its coverage, (b) observing the channel and processing any received signal by the mobile station in order to determine whether or not it is receiving a defining signal, (c) processing any received defining signal by the mobile station and the mobile station determines whether or not the defining signal received is a distinctive defining signal that at least partially defines one of the special areas, and determines whether or not the mobile station is present in one or more of the special areas, (d) sending an updating signal from the mobile station to a mobile telephone network about the mobile station presence in one or more of the special areas, where the updating signal sending is uncorrelated to any mobile station phone call establishment and is based on the last determination performed by the mobile station about its

presence in each of the special areas, and said updating signal being sent at least one of (i) periodically, (ii) when the mobile station enters into or exits from one of the special areas, and (iii) when the mobile station remains into a special area, (e) routing the updating signal from the mobile telephone network to special operating means that adapt the value of at least one operating parameter taking into account the presence of the mobile station in each of the special areas, (f) associating the special areas with the mobile station by transmitting a checking data to the mobile station, this checking data being sent to any mobile station whose presence in the special areas is monitored and being used by the mobile station for determining whether or not the defining signal received is a distinctive defining signal that defines, alone or with other distinctive defining signals, one or more of the special areas associated with the mobile station.

50.    For example, the Accused Products perform a method (e.g., using an ADT mobile app) for monitoring the presence of a mobile station in one or more special areas (e.g., geofencing) associated with the mobile station.

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

26

51.    For example, the Accused Products perform a method comprising repeatedly transmitting from at least one radio communication defining device a radio distinctive defining signal (e.g., transmiting the definition of the geofence/address and transmitting acknowledgment of such definition) in at least one channel that at least partially defines one of the special areas by its coverage (e.g., geofence defined by user-defined coverage) and observing the channel and processing any received signal (e.g., acknowledgement of defined area/address) by the mobile station in order to determine whether or not it is receiving a defining signal.

### 3. How do I add a new Geo-Device?

Using the ADT app, you can turn your smartphone into a Geo-Device, a geographically aware mobile device you can configure to initiate home automations and additional notifications based on its location in relation to your home, office, or other location you create as a geo-fence.

Enabling Geo-Services in the app will add your mobile device to the website as a Geo-Device.

**To enable Geo-Services using the Control app:**

1. Log into the app and tap the menu button .
2. Tap **Geo-Services.**
3. Tap the Geo-Services toggle switch to **ON** to enable Geo-Services on your device and adds the device to the website as a Geo-Device.

**Note:** If you cannot toggle Geo-Services on, you may need to enable location services for the app in your phone settings.

### 11. How do I create or edit a Geo-Fence?

A Geo-Fence is a virtual geographic boundary that lets you create location-based alerts and rules. By default, the Geo-Fence is set up around your installation address. Alerts and rules are based on the location of one or more mobile devices, also known as Geo-Devices. Using the website, you can edit the Geo-Fence location, name and radius.

**To create a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In Geo-Fences, click **+ Add a Fence.**
4. The center of the fence defaults to your system's installation address, to move the fence location, do either of the following:
   • Click and drag the location marker on the map.
   • Enter a specific address in the Move fence location to field and click .
5. In the Fence Name field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the Radius field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

**To edit a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In Geo-Fences, click the desired Geo-Fence to edit.
4. To move the fence location, do either of the following:
   • Click and drag the location marker on the map.
   • Enter a specific address in the Move fence location to field and click .
5. In the Fence Name field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the Radius field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

The following image shows an example of the map that appears to edit a Geo-Fence:



https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

52.    For example, the Accused Products perform a method comprising processing any received defining signal by the mobile station and the mobile station determines whether or not the defining signal received is a distinctive defining signal that at least partially defines one of the special areas (e.g., acknowledgement of defined area/address), and determines whether or not the mobile station is present in one or more of the special areas (e.g., automation rules and reminders based on the location of the mobile station in the created geofence).

**9. What is a Geo-Fence?**

ADT smart security systems include geofencing technology that allows you to create automation rules and reminders based on the location of the user, using GPS technology.

For instance, if it is a winter day and you are on your way home from work, you can create an automation that turns the thermostat up when you get within, say, three miles of your home, so it's warm and welcoming when you arrive. You can create an automation that does the reverse as you leave the area around our home. The Geo-Fence itself is a circular area you define, with a minimum radius of one mile and a maximum radius of 100 miles.

**10. What is the minimum and maximum size of a Geo-Fence?**

The size of a Geo-Fence refers to its radius. The minimum radius is one mile (or 1.6 kilometers), and the maximum radius is 100 miles (or 160 kilometers). However, we recommend that you do not have a very wide radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

53.    For example, the Accused Products perform a method comprising sending an updating signal (e.g., updated location of the mobile station when it enters or exits the defined geofence) from the mobile station to a mobile telephone network about the mobile station presence in one or more of the special areas (e.g., geofence), where the updating signal sending is uncorrelated to any mobile station phone call establishment (e.g., cellular connection or Wi-Fi connection is not correlated to the phone provider or phone carrier) and is based on the last determination (e.g., previous location) performed by the mobile station about its presence in each of the special areas, and said updating signal being sent at least one of (i) periodically, (ii) when the mobile station enters into or exits from one of the special areas, and (iii) when the mobile station remains into a special area and routing the updating signal from the mobile telephone network (e.g., cellular network) to special operating means (e.g., ADT server chosen to operate

with a user's ADT app) that adapt the value of at least one operating parameter (e.g., adapting parameters related to arming reminders, appliance automation, and video recording) taking into account the presence of the mobile station in each of the special areas (e.g., geofence).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

If you are using Geo-Services on your mobile devices, make sure you have a good cellular connection so that your location data is reliable. As you use this technology, you may encounter some technical difficulties. Here are some troubleshooting tips:

- Geo-Services will be less accurate with a poor cellular connection and/or coverage in the area.
- Staying close to your Geo-Fence or only barely crossing its border can mean that the Geo-Device will never properly triangulate your location outside of the Geo-Fence. This can result in notifications or actions incorrectly triggering, or not triggering at all.
- Increasing the Geo-Fence radius provides more accurate notifications based on your location.
- You can use Wi-Fi as a data connection for triangulation. The device doesn't need to be connected for triangulation to occur.
- More accurate Geo-Fence radius sizes are around or larger than 2 to 2.5 miles. The minimum radius can be one mile, but we recommend a larger radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- ❑ US
- ❑ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in…" while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid
e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2
0and%20its%20online%20help%20system

54.    For example, the Accused Products perform a method comprising associating the special areas (e.g., geofences) with the mobile station by transmitting a checking data to the mobile station (e.g., status signal indicating "Home" or "Away"), this checking data being sent to any mobile station whose presence in the special areas is monitored (e.g., "people in your system" with a "participating phone") and being used by the mobile station for determining whether or not the defining signal received (e.g., acknowledgment of geofence / home set up) is a distinctive defining signal that defines, alone or with other distinctive defining signals, one or more of the special areas associated with the mobile station.

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



### How to Use Home | Away in ADT+

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

55.     Defendant has and continues to indirectly infringe one or more claims of the '040 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '040 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See, e.g.*, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras (instructions on how to install and set up Blue by ADT Doorbell Camera). ADT also promotes its geofencing features (i.e.,

geo-services) through "enabl[ing] geo-services on one or more phones" and "view[ing] and manag[ing] geo-fences" using the ADT apps (e.g., ADT Control app). *See* https://help.adt.com/s/article/How-do-I-set-up-geo-services-for-my-ADT-Command-security-system

56.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '040 Patent. Defendant performs these affirmative acts with knowledge of the '040 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '040 Patent.

57.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '040 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '040 Accused Products in this District and elsewhere in the United States and causing the '040 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '040 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '040 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '040 Patent. Defendant performs these affirmative acts with knowledge of the '040 Patent and with intent, or willful blindness, that they cause the direct infringement of the '040 Patent.

58.     Because of Defendant's direct and indirect infringement of the '040 Patent, ALT has suffered damages in an amount to be proved at trial.

## <u>COUNT II</u>
### (Infringement of the '720 Patent)

59.    Paragraphs 1 through 45 are incorporated by reference as if fully set forth herein.

60.    ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '720 Patent.

61.    Defendant has and continues to infringe the claims of the '720 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the '720 Patent.

62.    The Accused Products practice the method of at least claim 1 of the '720 Patent: A method associated with the use of a mobile station and a radio communication defining device that transmits a distinctive defining signal, the method comprising: receiving and processing the distinctive defining signal in the mobile station, the distinctive defining signal at least defining a special area by one or more of: (1) a coverage area of the distinctive defining signal; (2) a portion of the coverage area that intersects with another area of coverage of another radio communication defining device; and (3) a sum of the area of coverage and the another area of coverage, the distinctive defining signal including information indicating whether or not the radio communication defining device is in a predetermined environment; and sending from the mobile station via a mobile telephone network an updating signal to one or more servers of a provider of presence related services about the mobile station's presence in the special area, the updating signal being useable by the one or more servers of the provider of presence related services to adjust an operating parameter, which comprises one or more of a tariff and a service flag, to adjust, activate, or deactivate the presence related services provided to the mobile station, and the updating signal comprising the information indicative of whether or not the radio communication defining device is located in the predetermined environment.

63.     The Accused Products perform a method associated with the use of a mobile station and a radio communication defining device that transmits a distinctive defining signal and receiving and processing the distinctive defining signal in the mobile station, the distinctive defining signal at least defining a special area (e.g., geofence defined by user-defined coverage in the ADT app) by one or more of: (1) a coverage area of the distinctive defining signal; (2) a portion of the coverage area that intersects with another area of coverage of another radio communication defining device; and (3) a sum of the area of coverage and the another area of coverage, the distinctive defining signal including information indicating whether or not the radio communication defining device is in a predetermined environment (e.g., home).

### 3. How do I add a new Geo-Device?

Using the ADT app, you can turn your smartphone into a Geo-Device, a geographically aware mobile device you can configure to initiate home automations and additional notifications based on its location in relation to your home, office, or other location you create as a geo-fence.

Enabling Geo-Services in the app will add your mobile device to the website as a Geo-Device.

**To enable Geo-Services using the Control app:**

1. Log into the app and tap the menu button .
2. Tap **Geo-Services.**
3. Tap the Geo-Services toggle switch to **ON** to enable Geo-Services on your device and adds the device to the website as a Geo-Device.

**Note**: If you cannot toggle Geo-Services on, you may need to enable location services for the app in your phone settings.

### 11. How do I create or edit a Geo-Fence?

A Geo-Fence is a virtual geographic boundary that lets you create location-based alerts and rules. By default, the Geo-Fence is set up around your installation address. Alerts and rules are based on the location of one or more mobile devices, also known as Geo-Devices. Using the website, you can edit the Geo-Fence location, name and radius.

**To create a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click **+ Add a Fence.**
4. The center of the fence defaults to your system's installation address, to move the fence location, do either of the following:
   • Click and drag the location marker on the map.
   • Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note**: The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

**To edit a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click the desired Geo-Fence to edit.
4. To move the fence location, do either of the following:
   • Click and drag the location marker on the map.
   • Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note**: The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

The following image shows an example of the map that appears to edit a Geo-Fence:



https://help.adt.com/s/article/Command-Geo-Services-
FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%
20the%20user%2C%20using%20GPS%20technology

64.    For example, the Accused Products perform a method comprising processing any

received defining signal by the mobile station and the mobile station determines whether or not

the defining signal received is a distinctive defining signal that at least partially defines one of

the special areas (e.g., acknowledgement of defined area/address), and determines whether or not

the mobile station is present in one or more of the special areas (e.g., automation rules and

reminders based on the location of the mobile station in the created geofence).

**9. What is a Geo-Fence?**

ADT smart security systems include geofencing technology that allows you to create automation rules and reminders based on the location of the user, using GPS technology.

For instance, if it is a winter day and you are on your way home from work, you can create an automation that turns the thermostat up when you get within, say, three miles of your home, so it's warm and welcoming when you arrive. You can create an automation that does the reverse as you leave the area around our home. The Geo-Fence itself is a circular area you define, with a minimum radius of one mile and a maximum radius of 100 miles.

**10. What is the minimum and maximum size of a Geo-Fence?**

The size of a Geo-Fence refers to its radius. The minimum radius is one mile (or 1.6 kilometers), and the maximum radius is 100 miles (or 160 kilometers). However, we recommend that you do not have a very wide radius.

https://help.adt.com/s/article/Command-Geo-Services-
FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%
20the%20user%2C%20using%20GPS%20technology

65.    The Accused Products perform sending from the mobile station via a mobile

telephone network, an updating signal to one or more servers of a provider of presence related

services about the mobile station's presence in the special area, the updating signal being useable

by the one or more servers of the provider of presence related services to adjust an operating

parameter, which comprises one or more of a tariff and a service flag, to adjust, activate, or

deactivate the presence related services provided to the mobile station, and the updating signal

comprising the information indicative of whether or not the radio communication defining device

is located in the predetermined environment. For example, the ADT app is in communication with

servers of a provider of presence related services designated for the user of that app so that the app

may send updated location information (i.e., an updating signal) indicating whether the mobile station is within or out of the geofence to the server.

### What is geofencing and how does it work?

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

### Geofencing home automation helps make life easier and homes smarter

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

If you are using Geo-Services on your mobile devices, make sure you have a good cellular connection so that your location data is reliable. As you use this technology, you may encounter some technical difficulties. Here are some troubleshooting tips:

- Geo-Services will be less accurate with a poor cellular connection and/or coverage in the area.
- Staying close to your Geo-Fence or only barely crossing its border can mean that the Geo-Device will never properly triangulate your location outside of the Geo-Fence. This can result in notifications or actions incorrectly triggering, or not triggering at all.
- Increasing the Geo-Fence radius provides more accurate notifications based on your location.
- You can use Wi-Fi as a data connection for triangulation. The device doesn't need to be connected for triangulation to occur.
- More accurate Geo-Fence radius sizes are around or larger than 2 to 2.5 miles. The minimum radius can be one mile, but we recommend a larger radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- ☐ US
- ☐ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in..." while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid
e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2
0and%20its%20online%20help%20system

66.    One or more ADT servers store a parameters database containing the status and other operating data about all devices registered in the ADT Smart Home Security. In particular, the databases save a parameter showing the Home/Away status of each user's smartphone (*i.e.*, a service flag). This parameter is determined, at least in part, by the updating signal received from the smartphone. The Home/Away parameter is stored in the server, evidenced because a notification is received at the mobile station when the user enters or leaves the geofence area.

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



**How to Use Home | Away in ADT+**

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

67.    Defendant has and continues to indirectly infringe one or more claims of the '720 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '720 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See, e.g.*, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras (instructions on how to install and set up Blue by ADT Doorbell Camera). ADT also promotes its geofencing features (i.e.,

geo-services) through "enabl[ing] geo-services on one or more phones" and "view[ing] and manag[ing] geo-fences" using the ADT apps (e.g., ADT Control app). *See* https://help.adt.com/s/article/How-do-I-set-up-geo-services-for-my-ADT-Command-security-system

68.    Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intended and they directly infringe the '720 Patent. Defendant performs these affirmative acts with knowledge of the '720 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '720 Patent.

69.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '720 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '720 Accused Products in this District and elsewhere in the United States and causing the '720 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '720 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '720 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '720 Patent. Defendant performs these affirmative acts with knowledge of the '720 Patent and with intent, or willful blindness, that they cause the direct infringement of the '720 Patent.

70.    Because of Defendant's direct and indirect infringement of the '720 Patent, ALT has suffered damages in an amount to be proved at trial.

<u>**COUNT III**</u>
**(Infringement of the '030 Patent)**

71.    Paragraphs 1 through 45 are incorporated by reference as if fully set forth herein.

72.    ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '030 Patent.

73.    Defendant has and continues to directly infringe the claims of the '030 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by performing each and every limitation of one or more method claims of the '030 Patent.

74.    The Accused Products practice the method of at least claim 1 of the '030 Patent: A method associated with a provider of presence related services in connection with the use of a mobile station and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a first special area by its coverage, the method comprising: electronically storing in one or more memories data capable of linking the mobile station to the first special area, the data including a checking data of the first radio communication defining device and a first identifier related to the mobile station, transmitting via a mobile telephone network to the mobile station at least a portion of the checking data, receiving from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the mobile station's presence in at least the first special area, the updating signal including a second identifier related to the mobile station, deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the first special area; and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area.

75.    For example, the Accused Products perform a method associated with a provider

of presence related services in connection with the use of a mobile station and at least a first radio communication defining device (e.g., using an ADT mobile app) that transmits a first distinctive defining signal (e.g., transmiting the definition of the geofence/address and transmitting acknowledgment of such definition), the first distinctive defining signal at least partly defines a first special area by its coverage (e.g., geofence defined by user-defined coverage).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

43

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders.** Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation.** From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording.** Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

**3. How do I add a new Geo-Device?**

Using the ADT app, you can turn your smartphone into a Geo-Device, a geographically aware mobile device you can configure to initiate home automations and additional notifications based on its location in relation to your home, office, or other location you create as a geo-fence.

Enabling Geo-Services in the app will add your mobile device to the website as a Geo-Device.

**To enable Geo-Services using the Control app:**

1. Log into the app and tap the menu button .
2. Tap **Geo-Services.**
3. Tap the Geo-Services toggle switch to **ON** to enable Geo-Services on your device and adds the device to the website as a Geo-Device.

**Note**: If you cannot toggle Geo-Services on, you may need to enable location services for the app in your phone settings.

**11. How do I create or edit a Geo-Fence?**

A Geo-Fence is a virtual geographic boundary that lets you create location-based alerts and rules. By default, the Geo-Fence is set up around your installation address. Alerts and rules are based on the location of one or more mobile devices, also known as Geo-Devices. Using the website, you can edit the Geo-Fence location, name and radius.

**To create a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click **+ Add a Fence.**
4. The center of the fence defaults to your system's installation address, to move the fence location, do either of the following:
   - Click and drag the location marker on the map.
   - Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

**To edit a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click the desired Geo-Fence to edit.
4. To move the fence location, do either of the following:
   - Click and drag the location marker on the map.
   - Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

The following image shows an example of the map that appears to edit a Geo-Fence:



https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%0a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

76.    The Accused Products perform electronically storing in one or more memories (e.g., ADT server memory) data capable of linking the mobile station to the first special area, the data including a checking data of the first radio communication defining device (e.g., Home/Away status) and a first identifier related to the mobile station (e.g., mobile phone ID), transmitting via a mobile telephone network to the mobile station at least a portion of the checking data (e.g., updating the Home / Away status on the ADT app).

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



### How to Use Home | Away in ADT+

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- US
- Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in..." while your mobile device connects to the server.

https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid

e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2
0and%20its%20online%20help%20system

77.    The Accused Products perform receiving from the mobile station via the mobile telephone network an updating signal (e.g., signal with updated location of the mobile station when it enters or exits the defined geofence) uncorrelated to any mobile station phone call establishment (e.g., cellular connection or Wi-Fi connection is not correlated to the phone provider or phone carrier)  that identifies the mobile station's presence in at least the first special area, the updating signal including a second identifier related to the mobile station (e.g., location data), deriving from the updating signal by one or more processing devices (e.g., ADT server) having access to at least a portion of the data whether or not the mobile station is present in the first special area (e.g., geofence); and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the first special area (e.g., arming reminders, appliance automation, and video recording).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

If you are using Geo-Services on your mobile devices, make sure you have a good cellular connection so that your location data is reliable. As you use this technology, you may encounter some technical difficulties. Here are some troubleshooting tips:

- Geo-Services will be less accurate with a poor cellular connection and/or coverage in the area.
- Staying close to your Geo-Fence or only barely crossing its border can mean that the Geo-Device will never properly triangulate your location outside of the Geo-Fence. This can result in notifications or actions incorrectly triggering, or not triggering at all.
- Increasing the Geo-Fence radius provides more accurate notifications based on your location.
- You can use Wi-Fi as a data connection for triangulation. The device doesn't need to be connected for triangulation to occur.
- More accurate Geo-Fence radius sizes are around or larger than 2 to 2.5 miles. The minimum radius can be one mile, but we recommend a larger radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- ☐ US
- ☐ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in…" while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guide.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%20and%20its%20online%20help%20system

78.     Defendant has and continues to indirectly infringe one or more claims of the '030 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '030 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See,*

*e.g.*,  https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras  (instructions  on  how  to install and set up Blue by ADT Doorbell Camera). ADT also promotes its geofencing features (i.e., geo-services)  through  "enabl[ing]  geo-services  on  one  or  more  phones"  and  "view[ing]  and manag[ing]  geo-fences"  using  the  ADT  apps  (e.g.,  ADT  Control  app).  *See* https://help.adt.com/s/article/How-do-I-set-up-geo-services-for-my-ADT-Command-security-system.

79.    Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '030 Patent. Defendant performs these affirmative acts with knowledge of the '030 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '030 Patent.

80.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '030 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '030 Accused Products in this District  and  elsewhere  in  the  United  States  and  causing  the  '030  Accused  Products  to  be manufactured,  used,  sold,  and  offered  for  sale  contribute  to  others'  use  and  manufacture  of  the Accused  Products,  such  that  the  '030  Patent  is  directly  infringed  by  others.  The  accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '030 Patent, are not staple articles or commodities of  commerce,  have  no  substantial  non-infringing  uses,  and  are  known  by  Defendant  to  be especially made or adapted for use in the infringement of the '030 Patent. Defendant performs these affirmative acts with knowledge of the '030 Patent and with intent, or willful blindness, that they cause the direct infringement of the '030 Patent.

81.    Because of Defendant's direct and indirect infringement of the '030 Patent, ALT has suffered damages in an amount to be proved at trial.

## COUNT IV
### (Infringement of the '621 Patent)

82.    Paragraphs 1 through 45 are incorporated by reference as if fully set forth herein.

83.    ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '621 Patent.

84.    Defendant has and continue to directly infringe the claims of the '621 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '621 Patent.

85.    The Accused Products practice the method of at least claim 1 of the '621 Patent: A method associated with a provider of presence related services in connection with the use of a mobile station that is operable within a mobile telephone network, and at least a first radio communication defining device that transmits a first distinctive defining signal, the first distinctive defining signal at least partly defines a special area by its coverage, the provider of presence related services having one or more servers, the method comprising: electronically storing in the one or more servers of the provider of presence related services data capable of linking the mobile station to the special area, the data including a checking data of the first radio communication defining device and an identifier related to the mobile station, the provider of presence related services being different than the mobile telephone network, receiving in the one or more servers of the provider of presence related services from the mobile station via the mobile telephone network an updating signal uncorrelated to any mobile station phone call establishment that identifies the

mobile station's presence in the special area, the one or more servers of the provider of presence related services deriving from the updating signal by one or more processing devices having access to at least a portion of the data whether or not the mobile station is present in the special area; and enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the special area.

86.    The Accused Products perform a method associated with a provider of presence related services in connection with the use of a mobile station that is operable within a mobile telephone network (e.g., using an ADT mobile app), and at least a first radio communication defining device that transmits a first distinctive defining signal (e.g., transmiting the definition of the geofence/address and transmitting acknowledgment of such definition), the first distinctive defining signal at least partly defines a special area by its coverage (e.g., geofence defined by user-defined coverage), the provider of presence related services having one or more servers (e.g., ADT server chosen to operate with a user's ADT app).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders.** Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation.** From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording.** Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

54

### 3. How do I add a new Geo-Device?

Using the ADT app, you can turn your smartphone into a Geo-Device, a geographically aware mobile device you can configure to initiate home automations and additional notifications based on its location in relation to your home, office, or other location you create as a geo-fence.

Enabling Geo-Services in the app will add your mobile device to the website as a Geo-Device.

**To enable Geo-Services using the Control app:**

1. Log into the app and tap the menu button .
2. Tap **Geo-Services.**
3. Tap the Geo-Services toggle switch to **ON** to enable Geo-Services on your device and adds the device to the website as a Geo-Device.

**Note:** If you cannot toggle Geo-Services on, you may need to enable location services for the app in your phone settings.

### 11. How do I create or edit a Geo-Fence?

A Geo-Fence is a virtual geographic boundary that lets you create location-based alerts and rules. By default, the Geo-Fence is set up around your installation address. Alerts and rules are based on the location of one or more mobile devices, also known as Geo-Devices. Using the website, you can edit the Geo-Fence location, name and radius.

**To create a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click **+ Add a Fence.**
4. The center of the fence defaults to your system's installation address, to move the fence location, do either of the following:
   - Click and drag the location marker on the map.
   - Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

**To edit a Geo-Fence using the Control Portal:**

1. Log into the Control Portal and click **Settings.**
2. Click **Geo-Services.**
3. In *Geo-Fences,* click the desired Geo-Fence to edit.
4. To move the fence location, do either of the following:
   - Click and drag the location marker on the map.
   - Enter a specific address in the *Move fence location to* field and click .
5. In the *Fence Name* field, enter a name for the Geo-Fence.
6. To adjust the radius, either click and drag the Geo-Fence anchors on the map overlay, or enter the desired radius (in miles) in the *Radius* field.
   **Note:** The minimum Geo-Fence radius is 1 mile (1.6 kilometers), and the maximum is 100 miles (160 kilometers).
7. Click **Save.**

The following image shows an example of the map that appears to edit a Geo-Fence:



https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

❑ US
❑ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in…" while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid
e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2
0and%20its%20online%20help%20system

87.    The Accused Products perform electronically storing in the one or more servers of the provider of presence related services data capable of linking the mobile station to the special area (e.g., geofence), the data including a checking data of the first radio communication defining device (e.g., Home/Away status) and an identifier related to the mobile station (e.g., mobile phone ID), the provider of presence related services (e.g., ADT) being different than the mobile telephone network (e.g., cellular network provider) and receiving in the one or more servers of the provider of presence related services from the mobile station via the mobile telephone network an updating signal (e.g., updated location of the mobile station when it enters or exits the defined geofence) uncorrelated to any mobile station phone call establishment (e.g., cellular connection or Wi-Fi

connection is not correlated to the phone provider or phone carrier) that identifies the mobile station's presence in the special area, the one or more servers of the provider of presence related services deriving from the updating signal by one or more processing devices having access to at least a portion of the data (e.g., ADT servers' processors) whether or not the mobile station is present in the special area (e.g., whether the mobile phone running the ADT app has entered or exited the geofence).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

If you are using Geo-Services on your mobile devices, make sure you have a good cellular connection so that your location data is reliable. As you use this technology, you may encounter some technical difficulties. Here are some troubleshooting tips:

- Geo-Services will be less accurate with a poor cellular connection and/or coverage in the area.
- Staying close to your Geo-Fence or only barely crossing its border can mean that the Geo-Device will never properly triangulate your location outside of the Geo-Fence. This can result in notifications or actions incorrectly triggering, or not triggering at all.
- Increasing the Geo-Fence radius provides more accurate notifications based on your location.
- You can use Wi-Fi as a data connection for triangulation. The device doesn't need to be connected for triangulation to occur.
- More accurate Geo-Fence radius sizes are around or larger than 2 to 2.5 miles. The minimum radius can be one mile, but we recommend a larger radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- ❑ US
- ❑ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in..." while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2 0and%20its%20online%20help%20system

88.    The Accused Products perform enabling or disabling by use of the one or more processing devices a presence related service based upon the mobile station's presence or non-presence in the special area (e.g., adapting parameters related to arming reminders, appliance automation, and video recording taking into account the presence of the mobile phone running the ADT app in the geofence).

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



**How to Use Home | Away in ADT+**

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

89.     Defendant has and continues to indirectly infringe one or more claims of the '621 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '621 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See, e.g.*, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras (instructions on how to install and set up Blue by ADT Doorbell Camera). ADT also promotes its geofencing features (i.e.,

geo-services) through "enabl[ing] geo-services on one or more phones" and "view[ing] and manag[ing] geo-fences" using the ADT apps (e.g., ADT Control app). *See* https://help.adt.com/s/article/How-do-I-set-up-geo-services-for-my-ADT-Command-security-system

90.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '621 Patent. Defendant performs these affirmative acts with knowledge of the '621 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '621 Patent.

91.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '621 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '621 Accused Products in this District and elsewhere in the United States and causing the '621 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '621 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '621 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '621 Patent. Defendant performs these affirmative acts with knowledge of the '621 Patent and with intent, or willful blindness, that they cause the direct infringement of the '621 Patent.

92.     Because of Defendant's direct and indirect infringement of the '621 Patent, ALT has suffered damages in an amount to be proved at trial.

## COUNT V
### (Infringement of the '032 Patent)

93.     Paragraphs 1 through 45 are incorporated by reference as if fully set forth herein.

94.     ALT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '032 Patent.

95.     Defendant has and continue to directly infringe the claims of the '032 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '032 Patent.

96.     The Accused Products practice the method of at least claim 1 of the '032 Patent: A method associated with a provider of presence related services and a mobile station that stores in a memory first checking data and uses the first checking data to determine whether or not a defining signal received from a radio communication defining device is a distinctive defining signal, the distinctive defining signal at least partly defines a special area by its coverage, the method comprising: one or more servers of a provider of presence related services receiving from the mobile station via a mobile telephone network an updating signal that identifies the mobile station's presence in the special area, the provider of presence related services being different than the mobile telephone network; and storing in the one or more servers a parameters database having an operating parameter whose value is determined at least in part by the updating signal received from the mobile station; and sending from the one or more servers to the mobile station second checking data different from the first checking data to modify the special area.

97.     The Accused Products perform a method associated with a provider of presence related services (e.g., using an ADT mobile app) and a mobile station that stores in a memory first

checking data (e.g., status signal indicating "Home" or "Away") and uses the first checking data to determine whether or not a defining signal received from a radio communication defining device (e.g., received acknowledgment of definition of the geofence/address) is a distinctive defining signal, the distinctive defining signal at least partly defines a special area by its coverage (e.g., geofence defined by user-defined coverage).

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders.** Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation.** From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording.** Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



**How to Use Home | Away in ADT+**

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

98.     The Accused Products perform the method comprising one or more servers of a provider of presence related services (e.g., ADT servers associated with the ADT app) receiving from the mobile station via a mobile telephone network an updating signal (e.g., updated location of the mobile station when it enters or exits the defined geofence) that identifies the mobile station's presence in the special area and storing in the one or more servers a parameters database having an operating parameter whose value is determined at least in part by the updating signal received from the mobile station (e.g., ADT servers storing parameters related to arming reminders, appliance automation, and video recording taking into account the updating signal's location data of the mobile station in the geofence); and sending from the one or more servers to the mobile station second checking data different from the first checking data to modify the special area (e.g., a status is set to Away status instead of Home status or vice versa for the same location indicating

an acknowledgement that the geofence was modified).

The first time you sign in to the app, you must select a server.



Depending on where you live, select one of the following:

- ❑ US
- ❑ Canada

Your selection becomes the default server for your account. In the future, whenever you sign in from the same device, you do not have to select a server.

You can change servers by tapping the **Settings** icon and selecting a new default server. The Settings icon looks like this: ⚙ and is located in the lower right corner of the Sign In screen.

When you have entered your username and at least 6 characters of your password, the Login button turns from gray to black. When you are done, tap **Login**. The login button displays "Logging in…" while your mobile device connects to the server.



https://www.adt.com/content/dam/adt/downloads/manuals/ADT_Pulse_Mobile_App_User_Guid
e.pdf#:~:text=The%20ADT%20Pulse%20Mobile%20App%20enables%20you,web%20portal%2
0and%20its%20online%20help%20system

**What is geofencing and how does it work?**

Geofencing is a location-based technology that works off Wi-Fi or RFID signals, and can be managed via a Z-Wave-powered smart panel or with a mobile device using an app, such as the ADT mobile app.

Geofencing technology creates virtual boundaries in real-world geographical areas and can be drawn in a wide variety of shapes and sizes. Users can fully customise them to suit specific needs, like monitoring select rooms in the home or the perimeter around an entire property.

Setting up geofencing security around the home is a particularly useful security tool as it uses location data to trigger events or notifications. A geofence around your property, for example, will alert you when it is crossed, allowing you to know in real time when someone is entering your home (with or without permission), or if a pet or child has wandered off outside of the designated geofenced zone. Even businesses can leverage the benefits of geofencing, by setting virtual zones around restricted areas or after-hour entry points to monitor unauthorised movements. Ultimately it is a way to monitor the comings and goings around your home and neighbourhood no matter where you are, giving you peace of mind that your pets, children and possessions are safe even when you're at work or on holiday.

**Geofencing home automation helps make life easier and homes smarter**

Geofencing perimeters provide a useful virtual security tool that gives you real time knowledge of movements in a specified geographical location, but what makes it an essential tool in any security system is its wider variety of applications.

Geofencing virtual zone monitoring is layered into ADT Security's automated security systems, integrating geographical and notification data to create location-based automated functions around the home. This location awareness provides an added level of system flexibility and helps to ensure that your home security system's notifications are relevant to your specific needs. So if you have ever left your home and forgotten to lock the door, turn off lights, close the garage door, or arm your security system, geofencing home automation can be your new best friend. It can give you reminders or even do those things automatically for you.

**Geofencing applications for a smart home**

Here are some of the smart home system applications that geofencing can provide.

**Arming reminders**. Geofencing can be programmed to detect your own movement in and out of designated zones. This allows you to set location-based arming reminders that will notify you if your security system isn't armed, in the event you forget to arm it when you leave the home.

**Appliance automation**. From lights to electrical appliances, ADT's interactive security system is compatible with several accessories operating on Z-Wave technology that can operate automatically within geofence perimeters. For example, you can set geofencing applications to turn lights on and off when you enter or leave an area, welcoming you into a room and preventing unnecessary energy use when a room is unoccupied. Location-based system automation gives you a range of abilities like locking doors, switching on lights and setting the alarm when you cross a geofence to leave the home.

**Video recording**. Similar to controlling appliances, when you cross your customised geofences, you can also use geo-services to automatically pause ADT home security video recording rules when you are at home.

Geofencing applications today include more than just intruder monitoring and security tripwires. They give homeowners a greater sense of control over their space, helping to improve lifestyle quality by monitoring security, alarms and energy use across the home.

https://www.adtsecurity.com.au/blog/home-security/harness-geofencing-technology-make-home-safer-smarter/#:~:text=Arming%20reminders.,intruder%20monitoring%20and%20security%20tripwires

If you are using Geo-Services on your mobile devices, make sure you have a good cellular connection so that your location data is reliable. As you use this technology, you may encounter some technical difficulties. Here are some troubleshooting tips:

- Geo-Services will be less accurate with a poor cellular connection and/or coverage in the area.
- Staying close to your Geo-Fence or only barely crossing its border can mean that the Geo-Device will never properly triangulate your location outside of the Geo-Fence. This can result in notifications or actions incorrectly triggering, or not triggering at all.
- Increasing the Geo-Fence radius provides more accurate notifications based on your location.
- You can use Wi-Fi as a data connection for triangulation. The device doesn't need to be connected for triangulation to occur.
- More accurate Geo-Fence radius sizes are around or larger than 2 to 2.5 miles. The minimum radius can be one mile, but we recommend a larger radius.

https://help.adt.com/s/article/Command-Geo-Services-FAQs#:~:text=9.%20What%20is%20a%20Geo%2DFence?%20ADT%20smart,location%20of%20the%20user%2C%20using%20GPS%20technology

**ADT Smart Home Security- How to Set Up and Use Home | Away in the ADT+ App**

Apr 4, 2025 Knowledge

Home | Away in the ADT+ app uses the phone location of people in your system to show you if anyone is home. When Home | Away is enabled, your system will recognize when a participating phone is within the home's geo-fence (~100 meters / ~328 feet). When all participating phones are outside of the geo-fence, the status is automatically set to "Away".

All members of your family can participate if they are added as Family (Admin or Secondary) users to your ADT smart home security system. You may also turn on Home | Away for Neighbors and Helpers during the Access Window (Events and Schedule) so that neighbors/helpers are not alerted by events while you are at home.



### How to Use Home | Away in ADT+

The true benefits of enabling Home | Away is the automation it provides to help keep your family and home protected.

By enabling the feature for all Family users, you can:

- Receive arming reminders in the form of push notifications when the system is unarmed and no one is home.
- Check your dashboard anytime to see if people are home or if no one is home.
- Show ADT Monitoring agents if anyone is home during an alarm event.*
- Automatically lock smart locks when no one is home.**

*For Pro-monitored customers only.
**Requires the purchase of a smart lock.

Additionally, you can manually change your home or away status from the dashboard of ADT+. To do so simply, tap the Home or Away status in the upper right-hand corner of the ADT+ app or plus.adt.com, then select the appropriate status.

https://help.adt.com/s/article/how-to-set-up-and-use-home-away-in-the-adt-plus-app

99.     Defendant has and continues to indirectly infringe one or more claims of the '032 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '032 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See, e.g.*, https://help.adt.com/s/article/blue-blue-by-adt-doorbell-cameras (instructions on how to install and set up Blue by ADT Doorbell Camera). ADT also promotes its geofencing features (i.e.,

geo-services) through "enabl[ing] geo-services on one or more phones" and "view[ing] and manag[ing] geo-fences" using the ADT apps (e.g., ADT Control app). *See* https://help.adt.com/s/article/How-do-I-set-up-geo-services-for-my-ADT-Command-security-system

100.    Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '032 Patent. Defendant performs these affirmative acts with knowledge of the '032 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '032 Patent.

101.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '032 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '032 Accused Products in this District and elsewhere in the United States and causing the '032 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '032 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '032 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '032 Patent. Defendant performs these affirmative acts with knowledge of the '032 Patent and with intent, or willful blindness, that they cause the direct infringement of the '032 Patent.

102.    Because of Defendant's direct and indirect infringement of the '032 Patent, ALT has suffered damages in an amount to be proved at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, ALT prays for relief against Defendant as follows:

a.      Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate ALT for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d.      Enhanced damages pursuant to 35 U.S.C. § 284;

e.      Entry of judgment declaring that this case is exceptional and awarding ALT its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.      Such other and further relief as the Court deems just and proper.

Dated:  January 6, 2026

Respectfully submitted,

/s/ Peter Lambrianakos
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF AVANT
LOCATION TECHNOLOGIES LLC***